# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 81 MM 2020

Respondent  :

v.  :

KELLY ALDA WOLFE,  :

Petitioner  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2020, the Application for Extraordinary Relief is DENIED.